*Fleet Corporation*, 280 U. S. 320.)  Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

LENA BILLHORN, Appellant, v. MICHAEL A. DOMBEK and Others, Respondents. — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper and Tompkins, JJ.; Scudder, J., not voting.

CIRO D'ARVERSA, Respondent, v. SALVATORE LENTINI and Others, Respondents. ETHEL LONDON and Others, Defendants; PIETRO MIANO, Purchaser, Appellant.— Motion for stay denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES DE SANTIS, an Infant, by HELEN DE SANTIS, His Guardian ad Litem, Appellant, Respondent, v. PETER LUGER, Respondent, Appellant.— Motion to open default of appellant, respondent, in failing to appear in support of his motion granted and motion set down for Monday, June 2, 1930.  Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

EDWARD L. DILLMAN, Respondent, v. EUGENE M. TANNEYHILL and Others, Appellants.— Motion for stay denied.  Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

GEOFFREY J. DONOVAN and Others, Infants, by ANGELE L. DONOVAN, Their Guardian ad Litem, Respondents, v. YADWIGA DONOVAN, Appellant, Impleaded with THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable appellant to apply to the Court of Appeals.  Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Appointment of a Committee of the Estate of FANNIE K. FOSTER, an Incompetent Person.  HUGH F. FOSTER, Appellant; HAMILTON WARD, Attorney-General, and EDMUND J. PICKUP, Committee, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, June 2, 1930 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of JAMES A. GREENE and TIMOTHY F. DRISCOLL, Respondents, for a Peremptory Mandamus Order against JOHN J. DORMAN, as Fire Commissioner of the City of New York, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Petition of TREMONT HOUSING CORPORATION to Register the Title to Certain Lands.  JOSEPH EAGAN and Others, Appellants; MARION DE VRIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Petition of TREMONT HOUSING CORPORATION to Register the Title to Certain Lands.  JOSEPH EAGAN and Others, Appellants; MARION DE VRIES, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ANNA KLARKIS, Appellant, v. JOSEPH KLARKIS, Respondent.— Motion for